**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD SERGEON,

      Plaintiff,

v.                                              CASE NO. 3:04-cv-301-J-99HTS

GENERAL MOTORS CORPORATION,

      Defendant.

------

**O R D E R**

    This cause is before the Court on Plaintiff Richard Sergeon's Motion to Compel Defendant General Motors Corporation to Cooperate in Discovery, to Give Non-Evasive, Completed, Forthright, Promised Answers to Plaintiff's Interrogatories to Defendant (Doc. #72; Motion).  The Motion does not comply with the format mandates of Rule 3.04(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)).

    Further, while Plaintiff may have corresponded with Defendant in regard to the subject matter of the Motion, *see* Motion at 1-2; Plaintiff Richard Sergeons' Memorandum of Law in Support of Motion to Compel Defendant General Motors Corporation in Discovery to Give Forthright, Completed Answers to Plaintiff's Interrogatories to Defendant (Doc. #73) at 1-2, and exhibits, he has not fully satisfied the requirements of Local Rule 3.01(g).

A "very important rule[,]" *Desai v. Tire Kingdom, Inc.*, 944 F. Supp. 876, 878 (M.D. Fla. 1996), Local Rule 3.01(g) mandates "a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action, and does not envision an exchange of ultimatums by fax or letter." *Lockheed Martin Corp. v. The Boeing Co.*, Case No. 6:03-cv-796-Orl-28KRS, 2003 WL 22962782, at *5 (M.D. Fla. October 21, 2003); *see also Davis v. Apfel*, No. 6:98-CV-651-ORL-22A, 2000 WL 1658575, at *2 n.1 (M.D. Fla. Aug. 14, 2000) ("Rule 3.01(g) requires counsel and unrepresented parties to . . . speak to each other in person or by telephone[.]").  Active dialogue undertaken in a good faith effort to come to an agreement is potentially much more effective than a volley of letters.  In view of the importance of such effort, "Local Rule 3.01(g) is strictly enforced." *United States v. Gwinn*, No. 8:02-CV-1112-T-27EAJ, 2003 WL 21356785, at *2 (M.D. Fla. April 25, 2003) (citing Middle District Discovery (2001)).

In view of the foregoing, the Motion (Doc. #72) is **STRICKEN** without prejudice to the filing of a similar motion in compliance with the Local Rules.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

-2-

Copies to:

Counsel of Record
     and *pro se* parties, if any