**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD SERGEON,

    Plaintiff,

v.                                    CASE NO. 3:04-cv-301-J-99HTS

GENERAL MOTORS CORPORATION,

    Defendant.

## O R D E R

In accordance with the Order (Doc. #96) and Defendant General Motors Corporation's Notice of Mental Examination (Doc. #97), Plaintiff is directed to appear for an examination to be conducted by Jeffrey A. Danziger, M.D., on July 1, 2005, at 9:00 a.m., at the United States Courthouse, 300 North Hogan Street, Conference Room Outside of Courtroom 10C, Jacksonville, Florida.  The examination is to be non-invasive and is for the purpose of evaluating the mental health and cognitive injuries alleged by Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of June, 2005.

                                          /s/       Howard T. Snyder
                                       HOWARD T. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any