**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD SERGEON,

    Plaintiff,

v.                                  CASE NO.  3:04-cv-301-J-99HTS

GENERAL MOTORS CORPORATION,

    Defendant.

**O R D E R**

This cause is before the Court on Defendant, General Motors Corporation's Motion for Leave to Exceed 10 Deposition Limit (Doc. #107; Motion). Plaintiff has responded thereto. Plaintiff Richard Sergeon's Reply Motion and Supporting Memorandum of Law to Defendant General Motors Corporation's Motion/Memorandum for Leave to Exceed 10 Depositions Limit (Doc. #111; Response).

Pursuant to Rule 30(a)(2)(A), Federal Rules of Civil Procedure (Rule(s)), leave to take more than ten depositions must "be granted to the extent consistent with the principles stated in Rule 26(b)(2)[.]" Defendant has set out reasons to justify the depositions in light of the concerns expressed in Rule 26(b)(2), Motion at 4, and Plaintiff does not appear to oppose the relief requested. *See, e.g., Response* at 2 ("defer[ring] to this

Honorable Court concerning Defendant(s)' request to take an additional seven (7) plus depositions[,]" and stating that, had the parties met to discuss the issue sufficiently, "neither the Court, nor Plaintiff or Defendant(s) would be involved in this matter now") (emphasis omitted).

Accordingly, upon consideration, the Motion (Doc. #107) is **GRANTED** and Defendant may, within eleven (11) days from the date of this Order, take the depositions described therein.  However, this Order shall not serve as a basis for a request to otherwise extend discovery or other deadlines, or to postpone trial.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of July, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
      *pro se* parties, if any