UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RICHARD SERGEON,**

    Plaintiff,

v.                                    Case No. 3:04-cv-301-J-99HTS

**GENERAL MOTORS CORPORATION,**

    **Defendant.**

_____/

## ORDER

The parties are permitted to bring computer laptops into the United States Courthouse to be used during trial on this case that is scheduled during the month of September, 2005.

**DONE AND ENTERED** at Jacksonville, Florida, this 28th day of August, 2005.

                        HARVEY E. SCHLESINGER
                        United States District Judge

Copies to:

Richard Sergeon, *pro se*
Brian Baggot, Esq.
Court Security Officers