**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD SERGEON,

    Plaintiff,

v.                                        CASE NO.   3:04-cv-301-J-99HTS

GENERAL MOTORS CORPORATION,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff Richard Sergeon's Motion for Leave to Complete Expert Witness' Investigation (Doc. #109; Motion), filed on July 8, 2005.  General Motors Corporation's Response to Plaintiff's Motion for Leave to Complete Expert Witness Investigation (Doc. #121) was filed on July 20, 2005.

Plaintiff, long after having failed to meet the expert witness disclosure deadline, *see* Case Management Report (Doc. #36) at 3 (setting the due date for Plaintiff's expert testimony disclosure for 105 days prior to discovery cutoff); Case Management and Scheduling Order (Doc. #41) at 1 (directing parties to meet "terms and time limits in the Case Management Report"); Order on Motion for Summary Judgment (Doc. #120) at 6 ("Plaintiff is precluded from bringing in an expert witness because he did not meet the deadline

for disclosing his expert witnesses[.]"), requests an extension of time "to complete [expert] discovery" in relation to a newly consulted expert.  Motion at 1; *see also id.* at 4 (stating that three months prior to Motion being filed Plaintiff learned of inadequacy of anticipated witness, after which he met with the expert at issue).  Upon due consideration, and in light of the advanced stage of the litigation, the Motion is **DENIED** without prejudice to a similar motion should other deadlines in the case be continued.  However, this ruling shall not serve as a basis for seeking such a continuance.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of August, 2005.

                                                **/s/          Howard T. Snyder**
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any